IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION NO. 1:14-mc-9 |
| | ) | |
| **JAMES E. MACALPINE,** | ) | |
| | ) | |
| Respondent. | ) | |

NOTICE OF WITHDRAWAL
OF PETITION TO ENFORCE IRS SUMMONS

The United States of America, on behalf of the Internal Revenue Service ("IRS"), hereby withdraws its Petition for Enforcement of IRS Summons filed February 25, 2014 (Court's Docket # 1).

1

This the 25th day of August, 2014.

                ANNE M. TOMPKINS
                UNITED STATES ATTORNEY
                **/s Paul B. Taylor**
                Paul B. Taylor
                Assistant United States Attorney
                Chief, Civil Division
                State Bar No. 10067
                Room 233, U.S. Courthouse
                100 Otis Street
                Asheville, North Carolina  28801
                (828) 271-4661
                paul.taylor@usdoj.gov

# CERTIFICATE OF SERVICE

I CERTIFY that I have this day served a copy of the foregoing by mailing a copy thereof, first class mail, postage prepaid, and properly addressed to:

James E. MacAlpine
603 Woodlea Court
Asheville, NC  28806


This the 25th day of August, 2014.


                      ANNE M. TOMPKINS
                      UNITED STATES ATTORNEY

                      **/s Paul B. Taylor**

                      Paul B. Taylor
                      Assistant United States Attorney
                      Chief, Civil Division
                      State Bar No. 10067
                      Room 233, U.S. Courthouse
                      100 Otis Street
                      Asheville, North Carolina  28801
                      (828) 271-4661
                      paul.taylor@usdoj.gov